On respondent's petition for reconsideration filed September 19, reconsideration allowed; former opinion (245 Or App 403, 263 P3d 1082) modified and adhered to as modified; former disposition withdrawn; affirmed November 2, petition for review denied December 29, 2011 (351 Or 507)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOON BUM KO,
*Defendant-Appellant.*

Washington County Circuit Court
C090146CR; A142884

264 P3d 1293

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, for petition.

Before Ortega, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

The state petitions for reconsideration of our decision in *State v. Ko*, 245 Or App 403, 263 P3d 1082 (2011), in which defendant appealed his convictions for three counts of violating a court's stalking protective order, ORS 163.750. He assigned error to the denial of his motion for a judgment of acquittal as to Count 3 and to the failure to give a requested jury instruction as to two other counts. We affirmed as to two of the counts but reversed as to Count 3 and remanded for resentencing. Shortly after we issued our opinion in this case, the Supreme Court issued its opinion in *State v. Ryan*, 350 Or 670, 261 P3d 1189 (2011). In *Ryan*, the court reversed an earlier opinion of this court that formed the basis for our decision in this case. Under *Ryan*, our previous disposition in this case is incorrect as to Count 3; the trial court did not err by denying defendant's motion for a judgment of acquittal.

Reconsideration allowed; former opinion modified and adhered to as modified; former disposition withdrawn; affirmed.